# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KAUFFMAN, BRUCE W | W.S. DISTRICT COURT, EASTERN P | 05/01/2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM 5613, U.S. COURTHOUSE <br> 601 MARKET STREET <br> PHILADELPHIA, PA 19106 | Reviewing Officer_____ ___Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | PENN MUTUAL LIFE INSURANCE - ANNUITY DISTRIBUTION | $ 100,000.00 |
| 2. 10/31/05 | ARTWORK - JOHN OPPER ACCRYLICS ON CANVAS | $ 1,500 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | SELF-EMPLOYED - MARKETING DESIGN |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FEDERAL JUDGES ASSOCIATION ANNUAL MEETING | WASHINGTON, D.C., MAY 2005, ANNUAL BOARD MEETING (MEALS AND HOTEL) |
| 2. NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | NEW YORK, NY, MARCH 2005, ANNUAL DINNER WALDORF ASTORIA (MEALS AND HOTEL) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ACS INC. | STUDENT LOAN | K |
| 2. SUNBANK TRUST MORTGAGE | MORTGAGE ON DAUFUSKIE ISLAND, SC PROPERTY HELD FOR INVESTMENT | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PENNSYLVANIA BUSINESS BANK - CHECKING | A | Interest | J | T | | | | | |
| 2. CANTONE RESEARCH, INC. - IRA (SEE NOTE 2, 7, 9, 15) | D | Interest | | | | | | | |
| 3. CANTONE RESEARCH, INC. - IRA (SEE NOTE 2, 7, 9, 15) | F | Distribution | | | | | | | |
| 4. CANTONE RESEARCH, INC. - IRA (SEE NOTE 2, 7, 9, 15) | E | Dividend | O | T | | | | | |
| 5. - SG HOLDINGS, INC. - BONDS (SEE NOTE 8) | | | | | REDEMPTION | 7/28 | J | | |
| 6. - AT&T CORP (SEE NOTE 5) | | | | | SELL | 04/22 | J | | |
| 7. - BANK DEPOSIT SWEEP (FORMERLY COMMAND MONEY FUND) -SEE NOTE | | | | | | | | | |
| 8. - GENERAL ELECTRIC CO. (SEE NOTE 6) | | | | | PARTIAL SELL | 4/22 | J | | |
| 9. - JOHN HANCOCK CORE EQUITY FUND CLASS B | | | | | SELL | 04/22 | J | | |
| 10. - JOHN HANCOCK SER TR TECHNOLOGY FD CL B | | | | | SELL | 04/22 | J | | |
| 11. - GENERAL MOTOR ACCEPTANCE NOTES | | | | | PARTIAL SELL | 05/09 | K | | |
| 12. - TECO ENERGY INC | | | | | | | | | |
| 13. - HEALTHFUSION.COM | | | | | | | | | |
| 14. - AT&T CORP. (SEE NOTE 5) | | | | | MERGER | 03/14 | J | | SEE LINE 6 ABOVE & NOTE 5. |
| 15. - ARTEMIS INTL. | | | | | | | | | |
| 16. - SG HOLDINGS, INC (SEE NOTE 8) | | | | | MERGER | 03/14 | J | | SEE LINE 5 ABOVE & NOTE 8. |
| 17. - COCA COLA CO DELAWARE (SEE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NOTE 10) | | | | | | | | | |
| 18. - COMCAST CORP NEW CL A (SEE NOTE 11) | | | | | SELL | 4/22 | J | | |
| 19. - INTEL CORP (SEE NOTE 12) | | | | | | | | | |
| 20. - SELIGMAN COMU&I FDB | | | | | PARTIAL SELL | 4/22 | J | | |
| 21. - SAFEGUARD SCIENTIFIC | | | | | | | | | |
| 22. - IVY INT'L FUND CL A | | | | | SELL | 5/11 | K | | |
| 23. - IVY INT'L FUND CLASS B | | | | | SELL | 5/11 | K | | |
| 24. - CISCO SYSTEM, INC. | | | | | SELL | 4/22 | J | | |
| 25. - EMERGE INTERACTIVE, INC. | | | | | | | | | |
| 26. - EVERGREEN S ADJRTE A | | | | | SELL | 5/11 | K | | |
| 27. - MORGAN STANLEY MTNRO MP | | | | | | | | | |
| 28. - AT&T CORP (SEE NOTE 5) | | | | | MERGER | 03/14 | J | | SEE LINE 6 ABOVE & NOTE 5. |
| 29. - COCA COLA CO. DELAWARE (SEE NOTE 10) | | | | | MERGER | 03/14 | J | | SEE LINE 17 & NOTE 10. |
| 30. - COMCAST CORP NEW CL A (SEE NOTE 11) | | | | | MERGER | 03/14 | J | | SEE LINE 18 & NOTE 11 |
| 31. - GENERAL ELECTRIC (SEE NOTE 6) | | | | | MERGER | 03/14 | M | | SEE LINE 8 & NOTE 6 |
| 32. - INTEL CORP (SEE NOTE 12) | | | | | MERGER | 03/14 | J | | SEE LINE 19 & NOTE 12 |
| 33. - PFIZER CORP. | | | | | BUY | 4/22 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - PFIZER CORP. | | | | | SELL | 06/02 | K | | |
| 35. - ADVANTAGE ENERGY TRUST | | | | | BUY | 12/14 | L | | |
| 36. - ANNALY MTG MGMT INC. REIT | | | | | BUY | 4/22 | K | | |
| 37. - BONAVISTA ENERGY TRUST | | | | | BUY | 4/22 | K | | |
| 38. - BONAVISTA ENERGY TRUST | | | | | BUY | 5/11 | K | | |
| 39. - BONAVISTA ENERGY TRUST | | | | | BUY | 06/03 | K | | |
| 40. - BONAVISTA ENERGY TRUST | | | | | BUY | 06/09 | K | | |
| 41. - BONAVISTA ENERGY TRUST | | | | | BUY | 09/23 | K | | |
| 42. - BONAVISTA ENERGY TRUST | | | | | SELL | 12/14 | L | | |
| 43. - CAROLINA GROUP | | | | | BUY | 4/22 | K | | |
| 44. - CAROLINA GROUP | | | | | BUY | 06/03 | K | | |
| 45. - HOSPITALITY PROPERTIES REIT TRUST | | | | | BUY | 4/22 | K | | |
| 46. - INTEL CORP. | | | | | BUY | 4/22 | K | | |
| 47. - NUVEEN QUALITY PREFERRED INCOME FUND 2 | | | | | BUY | 4/22 | K | | |
| 48. - SALOMON BROS EMERGING MKTS INCOME II FUND | | | | | BUY | 4/22 | K | | |
| 49. CSP DEBT ACCOUNT | F | Distribution | J | U | | | | | |
| 50. ROYAL BANK OF PENNSYLVANIA (IRA ACCOUNT) (SEE NOTE 14) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. ROYAL BANK OF PENNSYLVANIA (IRA ACCOUNT) (SEE NOTE 14) | E | Distribution | J | T | | | | | |
| 52. HPH - POPLAR STREET ASSOCIATES | D | Distribution | K | U | | | | | |
| 53. K3 LLC | | None | J | U | | | | | |
| 54. HOLLIDAYSBURG ASSOCIATES, L.P. (X) | B | Distribution | K | U | | | | | |
| 55. HOLLIDAYSBURG LAND ASSOCIATES, L.P. (X) | | None | J | U | | | | | |
| 56. INVESTMENT PROPERTY, DAUFUSKIE ISLAND, SC | | None | L | R | PURCHASE | 12/27 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) FROM 2004 REPORT, PART VII, PAGE 1, LINE 1 - HUNTINGTON ASSOCIATES (LTD PARTNERSHIP) - THIS IS A FINAL K-1 - THIS WILL NOT CARRYFORWARD ONTO 2005 REPORT.

2) FROM 2004 REPORT, PART VII, PAGE 1, LINE 2 - IRA ROLLOVER 1985 - TRANSFERRED ASSETS TO CANTONE RESEARCH, INC. IN MARCH 2005.

3) FROM 2004 REPORT, PART VII, PAGE 1, LINE 4 - COMMAND INSURED INCOME ACCOUNT. - THIS ACCOUNT WAS SPECIFICALLY A WACHOVIA BANK HOLDING ACCOUNT. WHEN THE ASSETS WERE TRANSFERRED TO CANTONE RESEARCH, INC. THE CASH FROM THIS ACCOUNT BECAME CASH IN THE CANTONE RESEARCH INC. ACCOUNT.

4) FROM 2004 REPORT, PART VII, PAGE 1, LINE 7, LINE 20 AND LINE 37 - COMMAND MONEY FUND - SEE LINE 3 ABOVE FOR EXPLANATION.

5) FROM 2004 REPORT, PART VII, PAGE 1, LINE 11 AND LINE 35 - AT&T CORP. WAS CONSOLIDATED WHEN ASSETS WERE TRANSFERRED TO CANTONE RESEARCH (SEE NOTE 2 & 7) THUS, TOTAL VALUE OF SALE IS REPORTED ON LINE 6. FOR 2006 REPORT, NO ASSET WILL BE REPORTED SINCE IT WAS SOLD DURING 2005.

6) FROM 2005 REPORT, PART VII, PAGE 1, LINE 8 - GENERAL ELECTRIC CO. - ASSETS MERGED WHEN THEY WERE TRANSFERRED FROM WACHOVIA TO CANTONE RESEARCH, INC. IN MARCH 2005. ONLY LISTED ONCE IN THIS REPORT TO SHOW MERGER. THUS, FROM 2004 REPORT, GENERAL ELECTRIC CO. FROM PART VII, LINE 8, LINE 21 AND LINE 39 MERGED AND THEY ARE LISTED ON LINE 8 IN 2005 REPORT.

7) FROM 2004 REPORT, PART VII, PAGE 1, LINE 13 - WACHOVIA - 69 -T6 - TRANSFERRED ASSETS TO IRA ROLLOVER 1985 WHICH WAS LATER TRANSFERRED TO CANTONE RESEARCH, INC. IN MARCH 2005. SEE NOTE 18 FROM 2004 REPORT.

8) FROM 2004 REPORT, PART VII, PAGE 1, LINE 17 - SG HOLDINGS, INC. - REDEEMED WITH SG HOLDINGS, INC. LISTED ON PAGE 1, LINE 5 OF 2005 REPORT. SEE ACCOUNT MERGER NOTES 2 AND 6 ABOVE. FOR 2006 REPORT, ASSET WILL ONLY BE LISTED ONCE.

9) FROM 2004 REPORT, PART VII, LINE 34 - WACHOVIA -51-T6 - WAS ROLLED OVER INTO IRA ACCOUNT. ON THE 2005 REPORT, THE SECURITIES LISTED UNDER THIS ACCOUNT WILL APPEAR UNDER THE IRA 1985 ACCOUNT (PART VII, LINE 2,3, 4) AND THIS ACCOUNT WILL BE DELETED FROM THE REPORT. SEE NOTE 11 FROM 2004 REPORT. IRA 1985 ACCOUNT WAS TRANSFERRED IN MARCH 2005 TO CANTONE RESEARCH, INC.

10) FROM 2004 REPORT, PART VII, LINE 35 - COCA COLA CO. DELAWARE - ASSETS MERGED WHEN ACCOUNT WAS TRANSFERRED. FOR 2006 REPORT, ASSET WILL ONLY BE LISTED ONCE.

11) FROM 2004 REPORT, PART VII, LINE 38 - COMCAST CORP. NEW CL A - ASSETS MERGED WHEN ACCOUNT WAS TRANSFERRED. FOR 2006 REPORT, NO ASSET WILL BE REPORTED SINCE IT WAS SOLD DURING 2005.

12) FROM 2004 REPORT, PART VII, LINE 40 - INTEL CORP. - ASSETS MERGED WHEN ACCOUNT WAS TRANSFERRED. FOR 2006 REPORT, ASSET WILL ONLY BE LISTED ONCE.

13) FROM 2004 REPORT, PART VII, PAGE 3, LINE 45 - CITIZENS BANK OF PENNSYLVANIA - ACCOUNT CLOSED 5/2004. THUS, THERE IS NO VALUE REPORTED. FURTHERMORE, THIS ACCOUNT WILL NOT BE CARRIED FORWARD TO NEXT YEARS REPORT.

14) FROM 2005 REPORT, PART VII, LINE 38 - ROYAL BANK OF PENNSYLVANIA (IRA ACCOUNT) - ACCOUNT CLOSED 10/13/2005 - WILL NOT BE REPORTED ON 2006 ANNUAL REPORT.

15) FROM 2005 REPORT, PART VII, LINE 2, LINE 3 & LINE 4 - ALL THE SAME ACCOUNT. THE ACCOUNT IS BROKEN OUT TO SHOW DIFFERENT CLASSES OF INCOME. TOTAL VALUE OF ACCOUNT IS REPORTED ON LINE 4.

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/01/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat̲ure̲      Date___ 5/11/06 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544